FILED
January 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>             Plaintiff,                             )<br>v.                                                         )<br>                                                            )<br>LATASHA RENEE WEBB,                    )<br>                                                            )<br>             Defendant.                         ) | Case No. 2:08MJ00023-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __LATASHA RENEE WEBB__ , Case No. __2:08MJ00023-GGH__ , Charge __21USC § 856(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

   __ Unsecured Appearance Bond

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

   ✔ (Other)       __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 17, 2008__ at __2:00 pm__ .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court