UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LATASHA RENEE WEBB, ) <br> ) <br> Defendant. ) | Case No. 2:08MJ00023-GGH <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __LATASHA RENEE WEBB__ , Case No. __2:08MJ00023-GGH__ , Charge __21USC § 856(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__   Release on Personal Recognizance

　　__   Bail Posted in the Sum of $_____

　　　　__   Unsecured Appearance Bond

　　　　__   Appearance Bond with 10% Deposit

　　　　__   Appearance Bond with Surety

　　　　__   Corporate Surety Bail Bond

　　✔   (Other)　　__Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 17, 2008__ at __2:00 pm__ .

　　　　　　　　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court