```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LATASHA RENE WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLON MARCUS WILLIAMS and<br>LATASHA RENEE WEBB,<br><br>Defendants.<br>_____ | NO. CR.S-08-082-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: August 8, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for defendant, LATASHA RENEE WEBB and TIM WARRINER attorney for defendant MARLON MARCUS WILLIAMS, that the status conference set for June 13, 2008 be continued to August 8, 2008 at 10:00 a.m.

This continuance is being requested because the defense needs additional time to review the discovery, investigate this case, and discuss the case and the relevant law with the government and the

1  defendants.

2      For this reason, the parties agree that the ends of justice to be
3  served by a continuance outweigh the best interests of the public and
4  the defendant in a speedy trial and that time under the Speedy Trial
5  Act may be excluded from the date of this order through August 8, 2008,
6  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) [reasonable
7  time to prepare].

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: June 12, 2008                /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    LATASHA RENEE WEBB


DATED: June 12, 2008                /S/ RACHELLE BARBOUR
                                    TIM WARRINER
                                    Attorney for Defendant
                                    MARLON MARCUS WILLIAMS


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: June 12, 2008                /s/ RACHELLE BARBOUR for
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

    **IT IS SO ORDERED.**

```
DATED: June 12, 2008                /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge
```