```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LATASHA RENE WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MARLON MARCUS WILLIAMS and<br>LATASHA RENEE WEBB,<br><br>           Defendants.<br>_____ | NO. CR.S-08-082-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: September 19, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for defendant, LATASHA RENEE WEBB and TIM WARRINER attorney for defendant MARLON MARCUS WILLIAMS, that the status conference set for August 8, 2008 be continued to September 19, 2008 at 10:00 a.m.

This continuance is being requested because the defense needs additional time to review the discovery, investigate this case, and discuss the case and the relevant law with the government and the

1  defendants.
2      For this reason, the parties agree that the ends of justice to be
3  served by a continuance outweigh the best interests of the public and
4  the defendant in a speedy trial and that time under the Speedy Trial
5  Act may be excluded from the date of this order through September 19,
6  2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4)
7  [reasonable time to prepare].

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: August 5, 2008                   /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LATASHA RENEE WEBB


DATED: August 5, 2008                   /S/ RACHELLE BARBOUR
                                        TIM WARRINER
                                        Attorney for Defendant
                                        MARLON MARCUS WILLIAMS


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: August 5, 2008                   /s/ RACHELLE BARBOUR for
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

   **IT IS SO ORDERED.**

```
DATED: August 5, 2008                   /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge
```