```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Attorney for Defendant
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LATASHA RENE WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                )<br>            Plaintiff, )<br>                                  )<br>    v.                                )<br>                                  )<br>LATASHA RENEE WEBB, et al. )<br>            Defendants. )<br>_____ | NO. CR.S-08-082-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: January 30, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for defendant, LATASHA RENEE WEBB, that the status conference set for December 12, 2008 be continued to January 30, 2009 at 10:00 a.m.

     This continuance is being requested because the defense needs additional time to review the discovery, investigate this case, and discuss the case and the relevant law with the government and the defendant.

     For this reason, the parties agree that the ends of justice to be

served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through January 30, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) [reasonable time to prepare].

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: December 9, 2008          /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Attorney for Defendant
                                        LATASHA RENEE WEBB

                                        McGREGOR SCOTT
                                        United States Attorney

DATED: December 9, 2008          /s/ RACHELLE BARBOUR for
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**

DATED: December 10, 2008         /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge