```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Attorney for Defendant
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LATASHA RENE WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>LATASHA RENEE WEBB, et al.<br><br>               Defendants. | NO. CR.S-08-082-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: February 27, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for defendant, LATASHA RENEE WEBB, that the status conference set for January 30, 2009 be continued to February 27, 2009 at 10:00 a.m.

     This continuance is being requested because the parties are close to reaching a resolution in this case and need additional time to reduce it to writing.  Defense counsel needs time to discuss the matter with Ms. Webb.

     For this reason, the parties agree that the ends of justice to be

served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through February 27, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) [reasonable time to prepare].

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: January 29, 2009             /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Attorney for Defendant
                                    LATASHA RENEE WEBB


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: January 29, 2009             /s/ RACHELLE BARBOUR for
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

```
DATED: January 29, 2009             /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge
```

2