```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Attorney for Defendant
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LATASHA RENE WEBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br>                                     )<br>LATASHA RENEE WEBB, et al.           )<br>                                     )<br>            Defendants.              )<br>_____ | NO. CR.S-08-082-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: March 20, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for defendant, LATASHA RENEE WEBB, that the status conference set for February 27, 2009 be continued to March 20, 2009 at 10:00 a.m.

   This continuance is being requested because the parties are close to reaching a deferred prosecution resolution in this case and need additional time to finalize it.  Defense counsel needs time to discuss the matter with Ms. Webb.

   For this reason, the parties agree that the ends of justice to be

1 served by a continuance outweigh the best interests of the public and
2 the defendant in a speedy trial and that time under the Speedy Trial
3 Act may be excluded from the date of this order through March 20, 2009,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) [reasonable
5 time to prepare].

                                  Respectfully submitted,
                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: February 24, 2009        /s/ RACHELLE BARBOUR
                                  RACHELLE BARBOUR
                                  Attorney for Defendant
                                  LATASHA RENEE WEBB

                                  McGREGOR SCOTT
                                  United States Attorney

DATED: February 24, 2009        /s/ RACHELLE BARBOUR for
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.**

DATED: February 24, 2009        /s/Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge