```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2729
 5
 6
                 IN THE UNITED STATES DISTRICT COURT
 7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,     )    CR. No. S-08-00082-EJG
10                                )
                    Plaintiff,    )
11                                )    MOTION TO DISMISS INFORMATION
                 v.               )    AND ORDER
12                                )
    LATASHA RENEE WEBB,           )
13                                )
                    Defendant.    )
14  _____)
15
16       Pursuant to Rule 48 of the Federal Rules of Criminal
17  Procedure, Plaintiff, United States of America, by and through
18  its undersigned attorney, moves this Court for an order
19  dismissing the Information against LATASHA RENEE WEBB in Case
20  No. S-08-00082-EJG, filed on February 21, 2008.
21       The Information charges the defendant with a violation of
22  count two, 18 U.S.C. § 4 - Misprision of Felony.
23       This motion is made in the interest of justice in light of
24  information developed post-indictment and the defendant's
25  Deferred Prosecution Agreement.
26  ///
27  ///
28  ///
```

1

The defendant is currently out of custody under the supervision of a Pretrial Services Officer.

DATE: February 27, 2009          LAWRENCE G. BROWN
                                 Acting United States Attorney

                                 By: /s/ Michael M. Beckwith
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney

**O R D E R**

APPROVED AND SO ORDERED:

DATED: March 3, 2009          /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE