```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I St., Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2729
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-08-00082-EJG |
| Plaintiff, | |
| v. | MOTION TO DISMISS INFORMATION AND ORDER |
| LATASHA RENEE WEBB, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the Information against LATASHA RENEE WEBB in Case No. S-08-00082-EJG, filed on February 21, 2008.

The Information charges the defendant with a violation of count two, 18 U.S.C. § 4 - Misprision of Felony.

This motion is made in the interest of justice in light of information developed post-indictment and the defendant's Deferred Prosecution Agreement.

///

///

///

1

```
 1        The defendant is currently out of custody under the
 2   supervision of a Pretrial Services Officer.
 3
 4   DATE: February 27, 2009              LAWRENCE G. BROWN
                                          Acting United States Attorney
 5
 6                                        By: /s/ Michael M. Beckwith
                                              MICHAEL M. BECKWITH
 7                                            Assistant U.S. Attorney
 8
 9
10                              O R D E R
11
12   APPROVED AND SO ORDERED:
13
14
15
16   DATED: March 3, 2009           /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
17                                  UNITED STATES DISTRICT JUDGE
```